UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL CRAFT, #143507,

    Plaintiff,

                                    CASE NO. 06-CV-15082
v.                                  HONORABLE PATRICK J. DUGGAN

MILLICENT WARREN, et al.,

    Defendants.
_____/

### ORDER OF DISMISSAL

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan on January 22, 2007.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

The Court has before it Plaintiff Paul Craft's *pro se* civil rights complaint. Plaintiff is a state prisoner currently confined at the Mound Correctional Facility in Detroit, Michigan. Plaintiff did not pay the required $350.00 filing fee when he filed his complaint, nor did he submit the documentation required to proceed without prepayment of fees and costs. *See* 28 U.S.C. § 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997). The Court, therefore, issued an Order to Correct Deficiency on November 28, 2006, requiring Plaintiff to either pay the full filing fee or submit the

1

required documents.  The order provided that the case would be dismissed if Plaintiff did not submit the fee or required documents within 30 days.

The time for submitting the filing fee or required information has elapsed and Plaintiff has failed to correct the deficiency.  Accordingly,

**IT IS ORDERED**, that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

                                              s/PATRICK J. DUGGAN
                                              UNITED STATES DISTRICT JUDGE

Copy to:

Paul Craft, #143507
Mound Correctional Facility
17601 Mound Road
Detroit, MI 48212